UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER  19-12083 |
| **GREGORY CLARK** | SECTION B |
| DEBTOR | CHAPTER 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **OBJECTION TO PROOF OF CLAIM #2**

NOW INTO COURT, appearing through undersigned counsel, comes, **GREGORY CLARK**, debtor(s) in the above entitled action, who objects to the proof of claim filed by **NATIONSTAR MORTGAGE** for the following reason:

1.

Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code and has not been confirmed.

2.

**NATIONSTAR MORTGAGE** filed a secured claim #2 in the amount of $120,636.00. The security for the debt is debtor's residence located at 573 Andrews Ave., Metairie, LA. **NATIONSTAR MORTGAGE** claims arrearages due of $26,268.81

3.

The arrearage claim is broken down as follows:

- **Principal and interest due**          $5,088.84 (not disputed)
- **Pre-petition fees due**                 $3,556.00 (disputed)
- **Funds advanced**                         $13,386.41 (disputed)
- **Projected escrow shortage**        $4,637.56 (disputed)
  - Total                                              $26,668.81

4.

**Pre-petition fees due**

**NATIONSTAR MORTGAGE** has not provided any proof that pre-petition fees (other than escrow advances) are due. There is no itemization of costs incurred, fees paid, or any other type of expenses incurred. Until **NATIONSTAR MORTGAGE** provides an itemization of these expenses, including any refunds due to them, debtor will object to the entire amount.

**Funds advanced**

**NATIONSTAR MORTGAGE** has alleged that they paid flood insurance premiums totaling $8,976.00 in February 2019. Debtor disputes that the flood insurance premium was this high. His flood insurance in the past has always been $1,400 of lower. **NATIONSTAR MORTGAGE** must have allowed the policy to lapse and forced placed flood insurance without debtor's knowledge to incur a cost that is 6.5X higher than previous years.

**Projected escrow shortage**

The escrow shortage is based upon **NATIONSTAR MORTGAGE**'s calculation that they will be escrowing for a $8,976.00 flood insurance premium every year.

5.

Debtor prays that **NATIONSTAR MORTGAGE**'s claim is reduced to an amount that is reasonable and acceptable; that **NATIONSTAR MORTGAGE** is ordered to provide an accounting for pre-petition fees due; that **NATIONSTAR MORTGAGE** is required to reanalyze the escrow and reduce the projected escrow shortage.

WHEREFORE, Debtor prays that claim #1 filed by **NATIONSTAR MORTGAGE** are disallowed.

RESPECTFULLY SUBMITTED:

                                                  /s/ Mary M. Taylor\
MARY M. TAYLOR   19179\
AUSTIN Y. TAYLOR 37325\
ATTORNEY FOR Debtor\
3525 N. CAUSEWAY BLVD., suite 719\
Metairie, LA   70002\
(504) 831-7405