UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF　　　　　　　　　　　　　　　　　CASE NUMBER **19-12083**
**GREGORY CLARK**　　　　　　　　　　　　　　　　SECTION B
DEBTOR　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

*************************************************************************

ORDER

Considering Debtor's OBJECTION TO PROOF OF CLAIM FILED (P-31) scheduled for hearing on December 4, 2019, and that no response was filed;

**IT IS ORDERED** that the unsecured general portion of Proof of Claim No. 3 filed by STATE OF NEW JERSEY, DIVISION OF TAXATION is reduced from $29,031.11 to $1,091.00 as per the amount reflected on debtor's 2011 tax return;

**IT IS FURTHER ORDERED** that unsecured priority portion of Proof of Claim No. 3 filed by STATE OF NEW JERSEY, DIVISION OF TAXATION will remain $2,655.04;

**IT IS FURTHER ORDERED** that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 3, 2019.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge