UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF | CASE NUMBER **19-12083** |
| **GREGORY CLARK** | SECTION B |
| DEBTOR | CHAPTER 13 |

**************************************************************************

## **OBJECTION TO PROOF OF CLAIM #2**

NOW INTO COURT, appearing through undersigned counsel, comes, **GREGORY CLARK**, debtor(s) in the above entitled action, who objects to the proof of claim filed by **USDA (SN SERVICING COMPANY)** F/K/A **NATIONSTAR MORTGAGE** for the following reason:

1.

Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code and has not been confirmed.

2.

**SN SERVICING CO.** filed an AMENDED secured claim #2 (REPLACING Nationstar Mortgage's claim) in the amount of $120,636.00.  The security for the debt is debtor's residence located at 573 Andrews Ave., Metairie, LA.   **SN SERVICING CO.** claims arrearages due of $17,692.81.  Counsel previously filed this objection and withdrew the objection as debtor needed to refund the flood insurance check he received to **SN SERVICING CO**.  He has since refunded the reimbursement funds, but **SN SERVICING CO.** has not reduced their claim by the amount of the refund nor have they re-analyzed debtor's monthly mortgage payment to reduce the escrow for the amount charged for flood insurance.

3.

The arrearage claim is broken down as follows:

- **Principal and interest due**            $5,088.84 (not disputed)
- **Pre-petition fees due**            $3,556.00 (disputed)
- **Funds advanced**            $4,410.41 (disputed)

- **Projected escrow shortage**          **$4,637.56 (disputed)**
  - **Total**          **$17,692.81**

4.

**Pre-petition fees due**

**SN SERVICING CO.** has not provided any proof that pre-petition fees (other than escrow advances) are due.  There is no itemization of costs incurred, fees paid, or any other type of expenses incurred.  Until **SN SERVICING CO.** provides an itemization of these expenses, including any refunds due to them, debtor will object to the entire amount.

**Funds advanced**

**SN SERVICING CO.** admitted the insurance premium was incorrect.  Debtor received a refund for the $8,005.00 for the flood insurance and promptly refunded these amounts to **SN SERVICING CO.**  However, **SN SERVICING CO.** has yet to reanalyze debtor's monthly payment and continues to escrow for the $8,976.00 premium.

**Projected escrow shortage**

The escrow shortage is based upon **SN SERVICING CO.**'s calculation that they will be escrowing for a $8,976.00 flood insurance premium every year.

5.

Debtor prays that **SN SERVICING CO.**'s claim is reduced to an amount that is reasonable and acceptable; that **SN SERVICING CO.** is ordered to provide an accounting for pre-petition fees due; that **SN SERVICING CO.** is required to reanalyze the escrow and reduce the projected escrow shortage.

WHEREFORE, Debtor prays that claim #2 filed by **SN SERVICING CO.** is further reduced and the escrow is reanalyzed to reduce debtor's monthly payment.

RESPECTFULLY SUBMITTED:

__/s/ Mary M. Taylor_____
MARY M. TAYLOR   19179
AUSTIN Y. TAYLOR 37325
ATTORNEY FOR Debtor
3525 N. CAUSEWAY BLVD., suite 719
Metairie, LA   70002
(504) 831-7405